No. 96–133. WOOD *v.* COUNTY OF SAN MATEO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–134. GIFFLER *v.* ABEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–136. ABELE ASSOCIATES *v.* ALLEGHENY COUNTY BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW. Commw. Ct. Pa. Certiorari denied.

No. 96–138. DEREWAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–139. CASTILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–142. HAUERT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–143. VILLAGE OF WESTHAVEN ET AL. *v.* CREEK. C. A. 7th Cir. Certiorari denied.

No. 96–144. NARUMANCHI *v.* ABDELSAYED. App. Ct. Conn. Certiorari denied.

No. 96–145. UNITED STATES EX REL. PAUL *v.* PARSONS, BRINKERHOFF, QUADE & DOUGLAS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–147. BALASUBRAMANI *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 9th Cir. Certiorari denied.

No. 96–148. METRO INDUSTRIES, INC. *v.* SAMMI CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–149. MORRIS *v.* UNITED STATES; and
No. 96–5429. GARDNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 80 F. 3d 1151.

No. 96–150. SCHALL *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 96–151. BRUNSON *v.* LOS ANGELES COUNTY SUPERIOR COURT (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.